**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

MARIPOSA FARMS, LLC, a New Mexico
limited liability company,

                Plaintiff,

vs.                                                                                                          No. CIV-03-0779 JC/LAM

WESTFALIA-SURGE, INC., an Illinois
corporation,

                Defendant.

**MEMORANDUM OPINION AND ORDER**

THIS MATTER comes before me on *Westfalia's Motion for Review of Clerk's Taxing of Costs, Pursuant to Rule 54(d)(1), FED.R.CIV.P.*, filed June 22, 2005 (*Doc. 283*); and *Plaintiff's Motion to Review Clerk's Order Settling Costs (Doc. No. 284)*, filed June 30, 2005 (*Doc. 285*). The Court applies a *de novo* standard in reviewing a taxation order by the Clerk. *See Furr v. AT&T Techs., Inc.*, 824 F.2d 1537, 1550 n. 11 (10th Cir.1987).

Having considered the Motions, memoranda, all relevant authority, and being otherwise fully advised, I exercise my discretion pursuant to D.N.M.LR-Civ 54.3 and award costs to each party in an amount reflecting the percentage of fault attributed to each by the jury. Accordingly, I take the total of the taxable costs incurred by Plaintiff as properly determined by the Clerk to be $17,053.32. *See Clerk's Dckt. Entry* dated June 13, 2005. Plaintiff was found by the jury to be 60% at fault and

an additional 10% of fault was attributed to a non-party. Thus, I will reduce Plaintiff's costs by 70% arriving at $5,116 in costs taxed in its favor against Defendant. Similarly, Defendant's taxable costs as properly determined by the Clerk are $9,022.58. *See Clerk's Order Settling Costs* at 3 ("Subtotal Costs Allowed"), filed June 23, 2005 (*Doc. 284*). Defendant was found to be liable and 30% of fault was attributed to it by the jury. Again, 10% of fault was attributed to a non-party. Thus, I will reduce Defendant's costs by 40%, arriving at $5,413.55 in costs taxed against Plaintiff and in favor of Defendant. To the extent that this Order conflicts with prior determinations made by the Clerk of Court, this Order supersedes them.

WHEREFORE,

**IT IS ORDERED** that *Westfalia's Motion for Review of Clerk's Taxing of Costs, Pursuant to Rule 54(d)(1), FED.R.CIV.P.*, **filed June 22, 2005 (*Doc. 283*); and** *Plaintiff's Motion to Review Clerk's Order Settling Costs (Doc. No. 284)*, **filed June 30, 2005 (*Doc. 285*) are GRANTED**;

**IT IS FURTHER ORDERED that costs are taxed against Defendant and in favor of Plaintiff in the amount of $5,116.00;**

**and**

**IT IS FINALLY ORDERED that costs are taxed against Plaintiff and in favor of Defendant in the amount of $5,413.55.**

Dated October 7, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE

Counsel for Plaintiff:

2

David A. Domina, Esq.
James F. Cann, Esq.
DominaLaw, P.C.
Omaha, NE

Esteban A. Aguilar, Esq.
Felicia C. Weingartner, Esq.
Aguilar Law Offices, P.C.
Albuquerque, New Mexico

Counsel for Defendant Westfalia-Surge, Inc.:

M. Eliza Stewart, Esq.
Madison, Harbour, Mroz & Brennan, P.A.
Albuquerque, New Mexico

Brice A. Tondre, Esq.
Denver, Colorado